IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

                                        Case No. 10-CR-327 (GTS)

    v.

ISIAH HEARD,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DIMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed heron, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 10-CR-327 (GTS) against defendant Isiah Heard.

    The reasons for this dismissal are:

        \_\_\_\_\_ Case transferred to another district

        \_\_\_\_\_ Speedy Trial Act

        \_\_\_\_\_ Defendant's cooperation

        __X__ Insufficient evidence at this time

        \_\_\_\_\_ Other:

With respect to this dismissal, the defendant (check one):

        \_\_\_\_\_ Consents

        \_\_\_\_\_ Objects

   X    Has not been consulted

                                RICHARD S. HARTUNIAN
                                United States Attorney

By:   */s/: Robert A. Sharpe*
       Robert A. Sharpe
       Assistant United States Attorney
       Bar Roll No. 302573

Leave of court is granted for the filing of the foregoing dismissal.

Dated: September 4, 2012
Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge